UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SCOTT ERATH, et al.,

                Plaintiffs,

-against-

MONTE ROSA CONSTRUCTION,

                Defendant.
-----------------------------------------------------------X

JUDGMENT
07-CV- 0851 (SLT)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 27 2008 ★

**BROOKLYN OFFICE**

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 24, 2008, granting plaintiffs' motion for a default judgment; directing the Clerk of Court to enter judgment in favor of plaintiffs in the amount of $185,405.90 for delinquent contributions, $43,898.88 for interest, $37,081.18 for liquidated damages, and $5,104.14 for attorneys' fees and costs; it is

ORDERED and ADJUDGED that plaintiffs' motion for a default judgment is granted; that judgment is hereby entered in favor of plaintiffs, Scott Erath, et al., and against defendant, Monte Rosa Construction, in the amount of $185,405.90 for delinquent constructions, $43,898.88 for interest, $37,081.18 for liquidated damages, and $5,104.14 for attorneys' fees and costs.

Dated: Brooklyn, New York
        March 26, 2008

, s/ RCH
ROBERT C. HEINEMANN
Clerk of Court